## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

ORI NESHER,

     **Plaintiff,**

v.

SBS 384, LLC, SBS 276, LLC and
SBS HOLDINGS AT TALL PINES
APARTMENTS, LLC, ALBION
TRADING, INC. and SHLOMO
ELIA, individually,

     **Defendants,**

and

SBS 384, LLC, SBS 276, LLC and
SBS HOLDINGS AT TALL PINES
APARTMENTS, LLC, and ALBION
TRADING, INC.,

     **Counterclaimants and Third-
Party Plaintiffs,**
v.

BOAZ YEHIEL BADICHI

     **Third-Party Defendant,**

and

ONP, LLC,

     **Third-Party Defendant and**

Civil Action File No.
1:15-CV-02438-RWS

**Third-Party Counterclaimant,**

**v.**

**SBS 384, LLC, SBS 276, LLC and SBS HOLDINGS AT TALL PINES APARTMENTS, LLC, and ALBION TRADING, INC.,**

**Third-Party Counterclaim Defendants.**

## <u>JOINT STIPULATION OF DISMISSAL</u>

Pursuant to Rule 41, Fed.R.Civ.P., Plaintiff and Counterclaim-Defendant Ori Nesher ("Plaintiff") and Defendants and Counterclaim-Plaintiffs and Third Party Plaintiffs Albion Trading, Inc., SBS 384, LLC, SBS 276, LLC and SBS Holdings at Tall Pines Apartments (collectively "Defendants") and Third-Party Defendant ONP, LLC, having reached a settlement of their disputes jointly, by and through their respective undersigned counsel, agree and stipulate the dismissal of all claims made in the above captioned civil action as follows:

1. Plaintiff hereby **dismisses with prejudice** his Complaint against all Defendants;

2. Defendants hereby **dismiss without prejudice** their Counterclaim against Plaintiff;

3. Defendants hereby **dismiss without prejudice** their Third-Party Complaint against ONP, LLC and Boaz Yehiel Badichi; and

2

4.      ONP, LLC hereby **dismisses with prejudice** its Third-Party Counterclaim against all Defendants.

All parties who have appeared in this lawsuit, by and through their respective undersigned counsel, agree and stipulate to the dismissals as stated in paragraphs 1 though 4, above, and further stipulate that the Court shall retain jurisdiction for purposes of enforcing the written settlement agreement between Plaintiff and Defendants should such enforcement be necessary.

Respectfully submitted, this 31st day of October, 2017.

[Signatures on Next Page]

3

*Counsel for Plaintiff Ori Nesher and Third-Party Defendants ONP, LLC and Boaz Badichi and Third-Party Counterclaimant ONP, LLC.*

**COSTYN LAW, LLC**

/s/ Joseph M. Costyn
Joseph M. Costyn
Georgia Bar No. 103557
6550 Powers Ferry Road
Atlanta, GA 30339
jcostyn@costynlaw.com
404-902-2896 (direct)
859-712-1858 (fax)

*Counsel for Defendants and Third-Party Plaintiffs SBS 384, LLC, SBS 276, LLC, SBS Holdings at Tall Pines Apartments, LLC and Albion Trading, Inc.:*

**COHEN POLLOCK MERLIN & SMALL, P.C.**

/s/ Gus H. Small
Gus H. Small
Georgia Bar No. 653200
gsmall@cpmas.com
Gregory K. Morgan
Georgia Bar No. 006930
gmorgan@cpmas.com
Benjamin S. Klehr
Georgia Bar No. 487931
bklehr@cpmas.com
770-858-1288 (Phone)
770-763-3153 (Fax)