UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ORI NESHER,<br><br>        Plaintiff,<br><br>v.<br><br>SBS 384, LLC; SBS 276, LLC; SBS HOLDINGS AT TALL PINES APARTMENTS, LLC; ALBION TRADING, INC.; and SHLOMO ELIA, individually,<br><br>        Defendants. | CIVIL ACTION FILE<br><br>NO. 1:15-cv-02438-RWS |

### J U D G M E N T

This action having come before the court, Honorable Richard W. Story, United States District Judge, on defendant Shlomo Elia's motions to dismiss and the court having granted said motions on August 1, 2016 and dismissed defendant Shlomo Elia and dismissed third party defendant ONP, LLC's counterclaim and all remaining parties having filed a joint stipulation of dismissal, it is

**Ordered and Adjudged** that plaintiff take nothing, that defendant Shlomo Elia recover its costs of this action, and the action be, and the same hereby, is **dismissed.**

Dated at Atlanta, Georgia, this 1st day of November, 2017.

                                                JAMES N. HATTEN
                                                CLERK OF COURT

                                              By:    s/Daniel Ross
                                                         Deputy Clerk

Prepared, Filed and Entered
in the Clerk's Office
  November 1, 2017
James N. Hatten
Clerk of Court

By: s/Daniel Ross
      Deputy Clerk